UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VIRAVETH KOC,<br><br>                Petitioner,<br><br>   v.<br><br>MERRICK GARLAND, et al.,<br><br>                Respondents. | CASE NO. 2:24-CV-01355-JLR-DWC<br><br>ORDER GRANTING MOTION AND APPOINTING FEDERAL PUBLIC DEFENDER |

This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has filed a motion to appoint counsel. (Dkt. 2.) Having considered the motion, petitioner's financial eligibility, and the balance of the record, the Court finds and ORDERS:

(1)    The Court is in receipt of a letter from the Federal Public Defender's Office indicating this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Dkt. 2-1. Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, petitioner has demonstrated financial eligibility for such appointment. *See*

Dkt. 2. Accordingly, petitioner's request for appointment of counsel is GRANTED. The Court appoints the Federal Public Defender to represent petitioner in these proceedings.

The Clerk shall send copies of this Order to petitioner, to the Federal Public Defender, to counsel for respondents, and to the Honorable James L. Robart.

Dated this 4th day of September, 2024.

David W. Christel
United States Magistrate Judge

ORDER GRANTING MOTION AND
APPOINTING FEDERAL PUBLIC DEFENDER - 2