UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRAVETH KOC,<br><br>                Petitioner,<br><br>    v.<br><br>MERRICK GARLAND, *et al.*,<br><br>                Respondents. | Case No. C24-1355JLR<br><br>ORDER DISMISSING FEDERAL HABEAS ACTION |

The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. # 1); the Government's return memorandum and motion to dismiss (Dkt. # 8); the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge (Dkt. # 9), with no objections thereto; and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation (Dkt. # 9) is approved and adopted.

(2) The Government's motion to dismiss (Dkt. # 8) is GRANTED, Petitioner's petition for writ of habeas corpus (Dkt. # 1) is DENIED, and this action is DISMISSED

//

(3)     The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable S. Kate Vaughan.

DATED this 17th day of December, 2024.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2